UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LEON BRIDINGER,**

       Petitioner,

                                                Case No.  05-60114

v

                                                JUDGE JOHN CORBETT O'MEARA

**MARY BERGHUIS,**

       Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE KOMIVES
### REPORT AND RECOMMENDATION

   The Court having reviewed the Magistrate Judge's Report and Recommendation in this case, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

   **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED.**

                                       s/John Corbett O'Meara
                                       John Corbett O'Meara
                                       United States District Judge

Dated:  May 2, 2006

Copies:

**Leon Bridinger**
216058
Mid-Michigan Correctional Facility
8201 N. Croswell Road
St. Louis, MI 48880

beaverb@michigan.gov